# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| [JOSHUA A. MILLER], ELY J ADES, ATTORNEY-IN-FACT,<br><br>Plaintiff,<br><br>v.<br><br>CHASE and DOES 1-20,<br><br>Defendants. | 2:10-CV-1645 JCM (LRL) |

## ORDER

Presently before the court is defendant JP Morgan's motion for judgment on the pleadings. (Doc. #9). Also before the court is defendant's motion to stay discovery and all other proceedings pending resolution of the motion for judgment on the pleadings. (Doc. #10).

Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

A review of the docket indicates that as of December 23, 2010, the plaintiff has failed to respond to defendant's motion for judgment on the pleadings. Weighing the factors identified in

**James C. Mahan**
**U.S. District Judge**

*Ghazali*, the court finds dismissal is appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED defendant JPMorgan Chase Bank, N.A.'s motion for judgment on the pleadings (doc. #9) is GRANTED.

IT IS FURTHER ORDERED that the case is hereby dismissed.

DATED December 29, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**